UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EARNEST CASSELL WOODS, | Case No. 15-cv-05135-JD |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| THE VETERANS ADMINSTRATION, et al., | Re: Dkt. Nos. 4, 11 |
| Defendants. | |

This is a civil rights case brought pro se by a state prisoner. The Court denied plaintiff's motion to proceed in forma pauperis because plaintiff had three strikes pursuant to 28 U.S.C. § 1915(g). Plaintiff was ordered to pay the full filing fee within twenty-eight days or the case would be dismissed. Plaintiff has not paid the filing fee, therefore this action is **DISMISSED**. The Clerk shall close the case. Plaintiff's motions (Docket Nos. 4, 11) are **DENIED**.

**IT IS SO ORDERED.**

Dated: April 19, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS,

    Plaintiff,

  v.

THE VETERANS ADMINSTRATION, et al.,

    Defendants.

Case No.  15-cv-05135-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 19, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Earnest Cassell Woods ID: D58091
A4-233
P.O. Box 901
Imperial, CA 92251

Dated: April 19, 2016

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO